# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148749

In re J. McCARRICK, Minor.

SC: 148749
COA: 317403
Chippewa CC Family Division:
13-014227-NA

_____/

On order of the Court, the application for leave to appeal the September 16, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the September 16, 2013 and January 10, 2014 orders of the Court of Appeals, and we REMAND this case to the Court of Appeals for its plenary consideration of the respondent's jurisdictional issue, especially in light of *In re White*, unpublished opinion per curiam of the Court of Appeals, issued December 19, 2013 (Docket No. 313770); *In re McClain/Waters/Skinner*, unpublished opinion per curiam of the Court of Appeals, issued December 20, 2011 (Docket No. 302460); and *In re Klemkow*, unpublished opinion per curiam of the Court of Appeals, issued September 16, 2010 (Docket No. 295488). We direct the Court of Appeals' attention to the fact that we have also remanded *In re McCarrick/Lamoreaux* (Docket No. 148966) to the Court of Appeals for reconsideration of the same issue.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2014

s0408



Clerk